United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE MARTIN SMITH** | Case No.: 13-cv-871 YGR<br><br>**ORDER GRANTING MOTION TO STRIKE APPELLEE'S SUR-REPLY; GRANTING MOTION FOR LEAVE TO FILE SUR-REPLY; AND DENYING MOTION FOR LEAVE TO FILE EXCESS PAGES FOR SUR-REPLY** |

Appellee filed an unauthorized sur-reply brief on June 3, 2013. (Dkt. No. 11.) Appellant has moved to strike the sur-reply. (Dkt. No. 12.) The Court hereby **GRANTS** Appellant's motion to strike. The Clerk shall **STRIKE** Dkt. No. 11 from the record.

On June 6, 2013, Appellee concurrently filed: (i) an Administrative Motion and Memorandum Pursuant to Local Rule 7-11 in Support of Leave to File a Sur-Reply to Appellant Untied States of America's Reply Brief (Dkt. No. 13); and (ii) an Administrative Motion and Memorandum Pursuant to Local Rule 7-11 in Support of Leave to Exceed Applicable Page Limit (Dkt. No. 14.) Appellant opposes the administrative motions. (Dkt. No. 15.)

The Court hereby **GRANTS** Appellee's Motion for Leave to File a Sur-Reply. Appellee shall file the sur-reply no later than July 1, 2013. The Court will permit Appellant to file a further response to the sur-reply, if it so chooses. Such response, if any, shall be filed by July 15, 2013. No further briefing will be permitted absent a court order.

The Court hereby **DENIES** Appellee's Motion for Leave to Exceed the Applicable Page Limit. The Court recommends for Appellee's counsel's review a law journal article written by

Julie A. Osied, The Power of Brevity: Adopt Abraham Lincoln's Habits, 6 Journal of Ass'n Legal Writing Directors 28 (2009).  The article is attached hereto as Exhibit A.

This Order terminates Dkt. Nos. 12, 13 and 14.

**IT IS SO ORDERED**.

Dated: June 25, 2013

                                  **YVONNE GONZALEZ ROGERS**
                                  **UNITED STATES DISTRICT COURT JUDGE**