1

2

3           **UNITED STATES DISTRICT COURT**

4          **NORTHERN DISTRICT OF CALIFORNIA**

5

6

7

8     **IN RE MARTIN SMITH**                        **Case No.: 13-cv-871 YGR**

9                                                    **ORDER GRANTING MOTION TO STRIKE**
                                                     **APPELLEE'S SUR-REPLY; GRANTING**
10                                                   **MOTION FOR LEAVE TO FILE SUR-REPLY;**
                                                     **AND DENYING MOTION FOR LEAVE TO FILE**
11                                                   **EXCESS PAGES FOR SUR-REPLY**

12

13

14          Appellee filed an unauthorized sur-reply brief on June 3, 2013.  (Dkt. No. 11.)  Appellant

15   has moved to strike the sur-reply.  (Dkt. No. 12.)  The Court hereby **GRANTS** Appellant's motion to

16   strike.  The Clerk shall **STRIKE** Dkt. No. 11 from the record.

17          On June 6, 2013, Appellee concurrently filed: (i) an Administrative Motion and

18   Memorandum Pursuant to Local Rule 7-11 in Support of Leave to File a Sur-Reply to Appellant

19   Untied States of America's Reply Brief (Dkt. No. 13); and (ii) an Administrative Motion and

20   Memorandum Pursuant to Local Rule 7-11 in Support of Leave to Exceed Applicable Page Limit

21   (Dkt. No. 14.)  Appellant opposes the administrative motions.  (Dkt. No. 15.)

22          The Court hereby **GRANTS** Appellee's Motion for Leave to File a Sur-Reply.  Appellee

23   shall file the sur-reply no later than July 1, 2013.  The Court will permit Appellant to file a further

24   response to the sur-reply, if it so chooses.  Such response, if any, shall be filed by July 15, 2013.

25   No further briefing will be permitted absent a court order.

26          The Court hereby **DENIES** Appellee's Motion for Leave to Exceed the Applicable Page

27   Limit.  The Court recommends for Appellee's counsel's review a law journal article written by

28

*United States District Court*
*Northern District of California*

Julie A. Osied, The Power of Brevity: Adopt Abraham Lincoln's Habits, 6 Journal of Ass'n

Legal Writing Directors 28 (2009).  The article is attached hereto as Exhibit A.

This Order terminates Dkt. Nos. 12, 13 and 14.

**IT IS SO ORDERED**.

Dated: June 25, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2